**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL EARL WALMSLEY,

     Petitioner,

  v.

JOHN MARSHALL,

     Respondent.
_____/

No. C 3:05-cv-01693 CRB

**ORDER TO SHOW CAUSE AND APPOINTING COUNSEL**

     Now pending before the Court is Daniel Earl Walmsley's petition for habeas corpus, filed April 25, 2005. This Court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); Rose v. Hodges, 423 U.S. 19, 21 (1975).

     A district court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false. Hendricks v. Vasquez, 908 F.2d 490, 491 (9th Cir. 1990) (quoting Blackledge v. Allison, 431 U.S. 63, 75-76 (1977)).

     The Court has reviewed the petition and finds good cause to proceed. Accordingly,

**United States District Court**

For the Northern District of California

1      1.    The Clerk of the Court shall serve by certified mail a copy of this Order

2  and the petition and all attachments thereto upon the respondent and the respondent's

3  counsel, the Attorney General of the State of California.  The Clerk shall also serve a copy of

4  this Order on the petitioner's counsel.

5      2.    Respondent shall file with this Court and serve upon the petitioner,

6  within sixty (60) days of the issuance of this Order, an answer conforming in all respects to

7  Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas

8  corpus should not be issued.  Respondent shall file with the answer a copy of all portions of

9  the state trial and appellate record that have been transcribed previously and that are relevant

10  to a determination of the issues presented by the petition.

11      3.    If the petitioner wishes to respond to the answer, he shall do so by filing

12  a traverse with the court and serving it upon the respondents within thirty (30) days of his

13  receipt of the answer.

14      4.    Petitioner's motion for appointment of Maryam S. Karson pursuant to

15  18 U.S.C. § 3006(a)(2)(B) is GRANTED.

16      **IT IS SO ORDERED.**

17

18  Dated: April 27, 2005

/s/
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28