1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL EARLE WALMSLEY,

          Petitioner,

   v.

JOHN MARSHALL,

          Respondent.
_____/

No. C 05-01693 CRB

**ORDER GRANTING CERTIFICATE OF APPEALABILITY**

Petitioner's request for a Certificate of Appealability is GRANTED.

**IT IS SO ORDERED.**

Dated: January 3, 2006

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE